# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 10, 2021**

SEAN F. McAVOY, CLERK

THOMAS NOVAK,

　　　　　　　*Plaintiff*

　　　　　　　v.

JOHN HERNANDEZ,

　　　　　　　*Defendant*

Civil Action No.  2:21-cv-00157-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion to Dismiss for Lack of Jurisdiction (ECF No. 7) is GRANTED. Defendant's Second Motion to Dismiss (ECF No. 20) is DENIED AS MOOT. Plaintiff's claims against Defendant are DISMISSED WITHOUT PREJUDICE. Judgment is entered for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Salvador Mendoza, Jr.  on a Motion to Dismiss for Lack of Jurisdiction (ECF No. 7).

Date:  11/10/2021

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams
　　　　　　　*(By) Deputy Clerk*

Lee Reams